UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRANDY FORET FOR H.S.M.D.**                                   **CIVIL ACTION**

**VERSUS**                                                      **NO. 14-54**

**SOCIAL SECURITY ADMINISTRATION**                              **SECTION "F" (3)**

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 14th day January, 2015.

_____
UNITED STATES DISTRICT JUDGE